**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RICARDO HARO<br><br>Plaintiff,<br><br>v.<br><br>RODNEY BRYANT,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-00257-JPB<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** Defendant Rodney Bryant by and through the undersigned counsel and, pursuant to Fed. R. Civ. P. 56 respectfully moves this Honorable Court for Summary Judgement in his favor. The Defendant shows that there are no genuine issues as to any material facts and that he is entitled to either dismissal of this action or summary judgment as a matter of law. In support of this motion the Defendant relies upon:

1. This Motion;
2. Brief in Support of Motion for Summary Judgment;
3. Statement of Material Facts as to Which There Exists No Genuine issue for Trial;
4. Request to File Original Discovery;

5. Exhibit “A” – FBI Press Release;

6. Exhibit “B” – Link to Press Conference;

7. Exhibit “C” – Affidavit of Rodney Bryant;

8. Exhibit “D” – Affidavit of Dan Worrell;

9. Exhibit “E” – Select Deposition Pages from Rodney Bryant, and Chata Spikes Depositions;

10. Exhibit “F” – Deposition Transcript of Rodney Bryant (the original of which Defendant has requested Plaintiff to file);

11. Exhibit “G” – APD.SOP.1060;

12. Exhibit “H”- Deposition Transcript of Chata Spikes (the original of which Defendant has requested Plaintiff to file);

13. Exhibit “I” – Affidavit of Chata Spikes;

WHEREFORE, Defendant respectfully requests this Court inquire into and grant this Motion for Summary Judgment.

Respectfully submitted this 17th day of July, 2026.

**HALL BOOTH SMITH, P.C.**

*/s/ Phillip E. Friduss*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
*Counsel for Defendant Rodney Bryant*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1755
Tel: 404-954-5000
Fax: 404-954-5020
E-Mail: pfriduss@hallboothsmith.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RICARDO HARO<br><br>Plaintiff,<br><br>v.<br><br>RODNEY BRYANT,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-00257-JPB<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for all parties who have appeared in this action a copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** via e-filing a copy of the same by way of the Clerk of Court's e-filing system and which will automatically send an email notification of such filing to the following counsel of record as follows:

Nicole Jennings Wade
Jonathan D. Grunberg
G. Taylor Wilson
WADE, GRUNBERG & WILSON, LLC
3100 Cumberland Blvd., SE, Suite 1130
Atlanta, Georgia 30339
nwade@wgwlawfirm.com
jgrunberg@wgwlawfirm.com
twilson@wgwlawfirm.com
*Counsel for Plaintiff*

Respectfully submitted this 17th day of July, 2026.

**HALL BOOTH SMITH, P.C.**

*/s/ Phillip E. Friduss*
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
*Counsel for Defendant Rodney Bryant*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1755
Tel: 404-954-5000
Fax: 404-954-5020
E-Mail: pfriduss@hallboothsmith.com